ACCEPTED
06-14-00114-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/20/2015 11:20:52 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00114-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/20/2015 11:20:52 AM
DEBBIE AUTREY
Clerk

_____

RANDYEAL DONTRELL TYSON, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE COUNTY COURT AT LAW
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 61504; HONORABLE BILL HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00114-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

——————————————————————————————————

RANDYEAL DONTRELL TYSON, Appellant

V.

THE STATE OF TEXAS, Appellee

——————————————————————————————————

ON APPEAL FROM THE COUNTY COURT AT LAW
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 61504; HONORABLE BILL HARRIS, JUDGE

——————————————————————————————————

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

——————————————————————————————————

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure

for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

I.

On or about December 19, 2014, the appellant filed his brief in the above-styled and numbered appellate cause. The appellee's (State's) brief is due on Tuesday, January 20, 2015. The State's first motion seeks an additional thirty (30) days in which to file its brief.

II.

This is an appeal from the County Court at Law of Lamar County, Texas. The cause number in the County Court at Law was 61504.

III.

The appellant, Randyeal Dontrell Tyson, (Tyson) filed a notice of appeal on or about June 27, 2014 in this Court. The District Clerk of Lamar County filed the Clerk's Record on or about August 18, 2014. The official court reporter filed the Reporter's Record on or about September 22, 2014 along with the exhibits on or about September 26, 2014.

The appellant, Tyson, filed two (2) separate motions for extension of time to file his brief, which this Court granted on both occasions. On or about December 19th, Tyson filed his brief.

IV.

The present deadline for filing the appellee's (State's) brief is Tuesday, January 20, 2015. This Court has not granted a previous extension to the appellee (State) in the above-styled and numbered appellate cause.

Since the filing of appellant's brief, the holidays for Christmas and New Year's Day fell on December 24-25, 2014 and January 1, 2015, respectively. On these dates, the Lamar County and District Attorney's office was closed.

In addition to the holidays, counsel for the appellee (State) was preparing for separate hearings on January 9, 2015: a motion to suppress in cause number 25646 styled *The State of Texas v. Jose Guadalupe Zermeno* and a hearing on an out-of-state subpoena for Rosa McCarty. During the week of January 12th, counsel for the appellee (State) was preparing criminal cases for grand jury, which was being impaneled for a new term on Friday, January 16, 2015. During the week of January 12th, counsel for the appellee (State) was also preparing criminal cases for the January 20th docket for plea bargains and revocations.

In addition to the criminal dockets above, counsel for the appellee (State) returned from the Christmas holidays and was preparing the appellee's (State's) brief in cause number 06-14-00053-CV styled *In the Matter of D.B.* in the Sixth Judicial District Court of Appeals at Texarkana,

which was filed just prior to New Year's Day on December 30, 2014. Then, after the New Year's Day holiday, counsel for the appellee (State) was preparing a brief in cause number 06-13-00110-CR styled *Michael Earitt White v. The State of Texas*; in the Sixth Judicial District Court of Appeals at Texarkana, which was electronically submitted on January 5th and filed on January 8, 2015 (now set for submission on January 29, 2015). Since January 9th, counsel for the appellee (State) was preparing a brief in cause number 06-14-00130-CR styled *Alvin Peter Henry, Jr. v. The State of Texas*; in the Sixth Judicial District Court of Appeals at Texarkana. The State has previously been granted one extension in cause number 06-14-00130-CR, and the brief is currently due on or before February 4, 2015.

Due to these circumstances, counsel for the appellee (State) is unable to complete the intensive research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Friday, February 20, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee requests that an extension of time until Friday,

February 20, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Friday, February 20, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas     75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
     Gary D. Young, County Attorney
     SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

# VERIFICATION

STATE OF TEXAS     §

§

COUNTY OF LAMAR  §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing First Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____

Gary D. Young

SUBSCRIBED AND SWORN TO BEFORE ME on the 20TH day of January, 2014, to certify which witness my hand and official seal.



_____

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 20th day of January, 2015 upon the following:

Don Biard
McLaughlin Hutchison & Biard LLP
38 First Northwest
Paris, TX    75460

_____

GARY D. YOUNG